## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-3521 MRW | Date | January 13, 2020 |
| Title | Chunma USA v. West American Insurance Company | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DISMISSAL**

Plaintiff filed a stipulation to dismiss this case with prejudice. (Docket # 33.) This action is dismissed with prejudice.